■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v EDWARD MACKENZIE, Defendant. [981 NYS2d 615]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Nassau County, rendered November 27, 1989.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Dillon, Maltese and Duffy, JJ., concur.